McKinley, Appellant, *v.* Ohio Bureau of
Workers' Compensation, Appellee.

[Cite as *McKinley v. Ohio Bur. of Workers' Comp.,*
117 Ohio St.3d 538, 2008-Ohio-1736.]

(No. 2006–2095—Submitted March 12, 2008—Decided April 16, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of
*Groch v. Gen. Motors Corp.,* 117 Ohio St.3d 192, 2008-Ohio-546, 883 N.E.2d 377.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

Twyford & Donahey and T. Jeffrey Beausay, for appellant.

Marc Dann, Attorney General, and Stephen P. Carney and Elise Porter,
Deputy Solicitors; and Lee Smith & Associates, Lee Smith, and Benjamin W.
Crider, for appellee.